# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133524

HI-LO HEIGHTS LAKEFRONT PROPERTY
OWNERS ASSOCIATION, INC.,
      Plaintiff-Appellant,

v

SC: 133524
COA: 260848
Jackson CC: 01-002466-CH

COLUMBIA TOWNSHIP, JACKSON COUNTY
ROAD COMMISSION, DEPARTMENT OF
CONSUMER AND INDUSTRY SERVICES AND
DNR, WANDA L. BLAIR, ROBERT W. BLUNT,
JAY DUBENDORFER, HELEN HAWK, JAMES L.
NEITLING, DONALD NESTOR, JILL E.
ODONAHOE, MICHAEL ODONAHOE,
JACKIE LEE PLUMMER, RYAN SCHRADER,
VIVIAN ZWICK, and RICHARD BLAIR,
      Defendants,

and

CHRISTINE M. BELCHER, DAVID
BELCHER, KATHERINE BURR,
SHELLIE D. CHEETHAM, SCOTT A.
CHEETHAM, SANDRA M. COLE,
JACQUELYN DALY, NORMA L.
FRANTZ, PHILLIP J. FRANTZ, MICHAEL
HEATH, ROY M. HOWARD, WALTER D.
SHUBERG, JR., WILLIAM J. REITZ,
JR., SHIRLEY L. KISTKA, ROBERT J.
KISTKA, NANETTE LONG, JOHN P.
LONG, GRETCHEN MARSHALL,
VICTOR MARSHALL, DAWN NESTOR,
LEHR G. NEVEL, ROBERT NEVEL,
Deceased, HELEN NEVEL, JACK L.
PLUMMER, MARGARET PLUMMER,
DEBORAH REITZ, PATRICIA J.
RICHARDSON, RUDOLPH ROCHESTER,
BERNICE ROCHESTER, JEAN SHUBERG,

HOLLY M. SMITH, DONALD E. SMITH,
Deceased, ROBERT SNYDER, JOAN S.
SNYDER, Deceased, JERRY L. SPENCER,
CHARLOTTE K. SPENCER, PAMELA
STANSELL, a/k/a, PAMELA
STANSELL-KENNEDY, SANDRA J.
THOMPSON, TIMOTHY THOMPSON,
RONALD WHIPPLE, CATHY WHIPPLE,
WILLIAM J. WHITE, ALICE J. WHITE,
LARRY WHITING, RAYMOND WILLIAMS,
and ELIZABETH WILLIAMS,
                Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

p0723

                      Clerk